Richard C. Gillespie, Appellee, v. Charles Weiss and Samuel Cinman, Appellants.

Gen. No. 41,735.

opinion filed May 6, 1941. Joseph H. Horwich, Sam Frank Adler and Aaron Soble, for appellants; Jerome S. Klein, of counsel; David B. Rothstein, for appellee. Opinion by JUSTICE DENIS E. SULLIVAN. ''Not to be published ·in full.''